**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 OCT 24 P 2: 16

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA

UNITED STATES OF AMERICA

v.

IRVIN LEWIS PHILMORE

Case No. 3:93-cr-175-J-20HTS

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On October 24, 2006, Bonnie Glober, Assistant United States Attorney, and the Defendant, IRVIN LEWIS PHILMORE, appeared in person and with his counsel, Daniel A. Smith, for a hearing on the Superceding Petition for Offender Under Supervised Release (Doc. No. 124, filed August 16, 2006). The Defendant, having heretofore been convicted on June 15, 1994, in Case No. 93-175-Cr-J-20, of offense charged, to wit: Conspiracy to distribute cocaine base, in violation of Title 21 U.S.C., Section 846, as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 264 months; and was placed on supervised release for a term of five (5) years. The sentence of imprisonment was subsequently reduced to 180 months on July 26, 1995, and further reduced to 140 months on March 8, 1996.

The Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Superceding Petition for Offender Under Supervised Release (Doc. No. 124, filed August 16, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months**. The Court recommends an institution that provides the intensive substance abuse program.

3. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 24 day of October, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Bonnie Glober, Esq.
Daniel A. Smith, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office